UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Fairbanks, Jason Damman, Colin Beere, John Quarnstrom, Casey Meinhardt, and Andrew Graham, *or any successors as Trustees of the Sheet Metal Local #10 Control Board Trust Fund, and the Sheet Metal Local #10 Control Board Trust Fund*,<br><br>Plaintiffs,<br><br>v.<br><br>M. J. O'Connor, Inc.,<br><br>Defendant. | File No. 25-cv-815 (ECT/ECW)<br><br><br>**ORDER FOR ENTRY OF JUDGMENT** |

The above-entitled matter came before this Court upon the parties' Stipulation for Entry of Judgment. ECF No. 11. Based upon the Stipulation, files, records, and proceedings herein, **IT IS HEREBY ORDERED** that judgment in the amount of $105,079.37 be entered against the Defendant and in favor of the Plaintiffs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 29, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court